Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS WEATHERS, *et al*,<br><br>    Defendants. | No. 3:18-CV-05189-BHS<br><br>ORDER GRANTING DEFENDANTS' TKW LIMITED PARTNERSHIP and T&K WEATHERS LIMITED PARTNERSHIP, MOTION FOR PARTIAL FINAL JUDGMENT UNDER FRCP 54(b) |

THIS MATTER HAVING come before the court on defendants', TKW Limited Partnership and T&K Limited Partnership, Motion for Partial Final Judgment under FRCP 54(b) (the "Motion"). The court having considered the motion, the arguments therein, the relevant legal authority, and being fully advised on the premises, the court hereby

FINDS that the order and judgment are final and absolute regarding the status of TKW and T&K as transferees and alter egos of the Weathers as well as the nature of the transfer of the properties from the Weathers to TKW and T&K. The court further

FINDS that the order and judgment are final and absolute regarding the United States' right to foreclose and sell the properties. The court further

FINDS that there is nothing left undecided with regard to the claims addressed by the Motion (the "Claims"). Each is entirely disposed of, and is distinct and separable from all remaining claims. The court further

Page 1 -   ORDER

Williams Kastner Greene & Markley
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

7380553.1

FINDS that there is no just reason for delay.  The issues presented by the Claims are not intertwined with any of the remaining issues in the case.  The Claims are factually and legally distinct from the remaining claims.  Accordingly, the appellate court would not be required to decide the same issues more than once and judicial expediency is preserved.

IT IS THEREFORE ORDERED, that the court's judgment (dkt #160) dated March 31, 2021, shall be a final judgment under Rule 54(b) of the Federal Rules of Civil Procedure with respect to the Claims referenced in the Motion.  The court finds there is no just reason for delay in certifying that the above referenced judgment be considered a final judgment.

Dated this 16th day of June, 2021.

_____
BENJAMIN H. SETTLE
United States District Court Judge

PRESENTED BY

s/ Charles R. Markley
Charles R. Markley, WSBA #14065
Donald H. Grim, OSB #063411
WILLIAMS, KASTNER GREENE & MARKLEY
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone:  (503) 228-7967
Fax:  (503) 222-7261
cmarkley@williamskastner.com
dgrim@williamskastner.com

*Attorneys for Defendants TKW Limited Partnership, T&K Weathers Limited Partnership, and Precision Property Management Corporation*

Page 2 -   ORDER

Williams Kastner Greene & Markley
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

7380553.1